**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

      Morgan T Cooper
      Sharon L Cooper
          Debtor(s)

Case No. 12-20181

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/17/2012.

2) The plan was confirmed on 08/24/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/14/2012.

5) The case was dismissed on 02/22/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,050.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $719.94 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$719.94**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $662.86 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $28.08 |
| Other | $29.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$719.94**

Attorney fees paid and disclosed by debtor:     $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMC KENOSHA | Unsecured | 9,067.00 | NA | NA | 0.00 | 0.00 |
| ANTIOCH RESCUE SQUAD | Unsecured | 1,210.00 | NA | NA | 0.00 | 0.00 |
| AT&T INC | Unsecured | 49.00 | 48.59 | 48.59 | 0.00 | 0.00 |
| AURORA HEALTH CARE | Unsecured | 2,954.00 | 2,954.25 | 2,954.25 | 0.00 | 0.00 |
| AURORA HEALTH CARE | Unsecured | NA | 9,066.92 | 9,066.92 | 0.00 | 0.00 |
| BLACKHAWK FINANCE INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BOULDER CREDIT SERVICE | Unsecured | 135.00 | 135.25 | 135.25 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 422.00 | 378.99 | 378.99 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | NA | 194.00 | 194.00 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 154.00 | 188.03 | 188.03 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 1,356.00 | 927.00 | 927.00 | 0.00 | 0.00 |
| CLIENT SERVICES | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 782.00 | 1,708.29 | 1,708.29 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN GENERAL SURGE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 8,000.00 | 3,089.48 | 3,089.48 | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 3,467.00 | 4,663.90 | 4,663.90 | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BUR | Unsecured | 2,032.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES PATHOLOGISTS | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,891.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 197.69 | 197.69 | 197.69 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,885.44 | 3,885.44 | 3,885.44 | 0.00 | 0.00 |
| LAKE HEART SPECIALISTS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE PATHOLOGISTS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 266.31 | 266.31 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 8,070.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MICHELLE COOPER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN OFFICE OF CHILD SUPPOI | Priority | 54.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,492.00 | 1,491.63 | 1,491.63 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,492.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 808.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 19,997.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 7,654.00 | NA | NA | 0.00 | 0.00 |
| ONCOLOGY HEMATHOLOGY ASSOC | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| PASI | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CONSULTANTS SC | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| RPM COLLECTION | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 749.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 1,371.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| SWISS COLONY | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 6,264.00 | 63,046.72 | 63,046.72 | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | NA | 163.67 | 163.67 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Unsecured | 1,625.00 | 1,414.74 | 1,414.74 | 0.00 | 0.00 |
| WILSHIRE COMMERCIAL | Unsecured | 1,415.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $197.69 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$197.69** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$93,623.21** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $719.94 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS :** | **$719.94** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/25/2013                    By: /s/ Glenn Stearns

                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**